IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CUNEYT SARIKAYA and <br> ROSE SARIKAYA, <br> *Plaintiffs* <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC <br> *Defendant* | § § § § § § § § § § | Case No. 4:13-CV-00513 <br><br> Judge Richard A. Schell |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Joint Motion To Dismiss With Prejudice [de#12] is GRANTED. It is

**ORDERED** that all claims filed by Cuneyt Sarikaya and Rose Sarikaya against Ocwen Loan Servicing, LLC are hereby dismissed with prejudice to refiling. It is

**FURTHER ORDERED** that each party shall bear their or its own attorney's fees and costs incurred to date in connection with the dispute between the parties; it is

**FURTHER ORDERED** that this is a Final Judgment. The clerk of the court shall close this civil action.

IT IS SO ORDERED.

**SIGNED this the 29th day of September, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE:


By: */s/ James J. Manchee*
    James J. Manchee
    State Bar No. 00796988
    Manchee & Manchee
    12221 Merit Drive
    Ste 950
    Dallas, Texas 75251
    972-960-2240
    Email: jim@mancheelawfirm.com

    *Attorney for Cuneyt Sarikaya and*
    *Rose Sarikaya, Plaintiffs*


By: */s/ H. Gray Burks, IV*
    H. Gray Burks, IV
    State Bar No. 03418320
    Shapiro Schwartz, LLP
    5450 Northwest Central, Suite 307
    Houston, Texas 77092
    713-462-2565


*Attorney for Ocwen Loan Servicing, LLC*